UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YVONNE LOUISE BLACK,

        Plaintiff,

v.

LIVINGSTON COUNTY, et al.,

        Defendants.

_____/

Case No. 2:25-cv-10753

HONORABLE STEPHEN J. MURPHY, III

## CASE MANAGEMENT ORDER

The Sixth Circuit affirmed the Court's judgment in part, vacated it in part, and remanded the case. *Black v. 44th Circuit Court, et al.*, No. 25-1327 (6th Cir. Mar. 24, 2026). The Court will therefore reopen the case. Based on the Sixth Circuit's opinion, it will also grant Plaintiff's motion for leave to file an amended complaint. ECF No. 31; *see* Fed. R. Civ. P. 15(a)(2) The Court considers the amended complaint at ECF No. 34 to be the operative complaint. Going forward, Plaintiff should follow instructions from the Court regarding completion of service on defendants, none of whom have been served. Finally, to clean up the docket, the Court will order the Clerk of Court to terminate any Defendants who are not named in ECF No. 34.

**WHEREFORE**, it is hereby **ORDERED** that the Clerk of Court must **REOPEN** the case.

**IT IS FURTHER ORDERED** that the motion for leave to amend the complaint [31] is **GRANTED**.

1

**IT IS FURTHER ORDERED** that the Clerk of Court shall **FILE** an order directing plaintiff to complete service documents and for service of process by the U.S. marshal.

**IT IS FURTHER ORDERED** that the Clerk of Court must **TERMINATE** any defendants listed on the docket who are not named as defendants in ECF No. 34.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: April 7, 2026